**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 2 0 2024

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

ALMA A. SAUL,

Plaintiff,

v.

MTGLQ INVESTORS, L.P.,

NATIONSTAR MORTGAGE LLC,

U.S. BANK NATIONAL ASSOCIATION

Defendants.

24cv636-LF

# CIVIL COMPLAINT FOR FRAUD

## A. The Plaintiff

ALMA A. SAUL
4504 Skyline Ct NE
Albuquerque/Bernalillo County
New Mexico 87111-3039

## B. The Defendants

1

MTGLQ INVESTORS, L.P
Rose Ramirez and Associates PC
7430 Washington Street NE
Albuquerque, New Mexico  87109
(505) 833-3036


NATIONSTAR MORTGAGE LLC
McCarthy & Holthus LLP
6501 Eagle Rock NE, Suite A-3
Albuquerque, New Mexico 87113
(505) 219-4900


U.S.BANK NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY
BUT SOLELY AS TRUSTEE FOR NRZ INVENTORY TRUST
Nathan S. Simpson
PO AA
Albuquerque, New Mexico 87103
(505) 346-4646


## II.  Basis for Jurisdiction

1      Jurisdiction in United States District Court is proper.

*"For a case to arise under federal law within the meaning of #1331, the plaintiff's well-pleaded complaint must establish one of two things: either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law".*

2      Federal law creates the cause of this action, or is plausible,

as identified in United States Code #1341:

2

3       *"Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, …shall be fined under this title or imprisoned not more than 20 years, or both. If the violation …affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both".*

4       *"measures were needed to prevent the frauds which were mostly gotten up in the large cities…by thieves, forgers and rapscallions generally, for the purpose of deceiving and fleecing the innocent people in the country"*
        1870 United States Representative Farnsworth to the Supreme Court.

5       *"The statute was 'first enacted in 1872 as part of the recodification of the postal laws", and, at that time "contained a general proscription against using the mails to initiate correspondence in furtherance of any 'scheme or artifice to defraud'"* 483 U.S. at 356

6       Plaintiff claims the *right to private cause of action*, with a *"judicially cognizable interest in the prosecution of another".*

7       *"The Supreme Court has been reluctant to infer a private right of action from a criminal prohibition alone…when there was nothing more than a bare criminal statute, with absolutely no indication that civil enforcement of any kind is available to anyone".*

8       While the Supreme Court may have been *"reluctant"* to infer private right of action for a criminal prohibition alone; the Court did not absolutely *"prohibit"* a private right of action in every single case.

9       Plaintiff's complaint contains multiple meritorious counts/claims for civil fraud – *"more than a bare criminal statute".*

10      Absent prosecution in United States District Court, there is no indication that civil enforcement is available in New Mexico State Court.

11      Defendants have *sat on their rights* for twelve years (2012-2024)

3

following the three *"accelerations"* in 2012; and a fourth re-opening

prosecution following its *"dismissal"* in 2017.

12      Judicial economy should inure, by combining four related New

Mexico Second Judicial District Court cases, (residential foreclosure,

prosecuting all four as a single complaint, in United States District Court)

## III.  Statement of Claim

13      Plaintiff claims that each Defendant has intentionally
misrepresented,  and has taken anything of value that belongs to another
(foreclosure of Plaintiff's properties).

14      Defendants intentionally misrepresented, falsely pretensed,  and
inflated payoff charges   (Plaintiff was effectively denied  access to
historically low interest rates as of 2012 due to inflated payoff quotes).

15      Plaintiff asserts further claims for *Tortious Interference.*

*Tortious interference is a common law tort allowing a claim for damages against
a defendant who wrongfully interferes with the plaintiff's contractual or business
relationships.*  Legal information Institute Cornell Law                    **Exhibits I,L,N,O**

16     *"...Facts showing how each Defendant was involved and what each
Defendant did that caused the Plaintiff harm".*

   **Exhibits: D-I**  MTGLQ Investors LP  6305 Colleen NE   87109

   **Exhibits: J-L**  Nationstar Mortgage LLC  6401 Avenida La Costa NE 87109

   **Exhibits: N,O**  U.S.Bank National Association  812 Valencia NE  87108

4

Exhibits: **P,Q**  U.S.Bank National Association  4504 Skyline Ct NE  87111

17     *"Dates and places of that involvement or conduct"*   **Exhibits D-Q**

18     *"If more than one claim is asserted, 'number'* ['lettered' **Exhibits D-Q** *each claim and write a short and plain statement of each claim in a separate paragraph"*.

19     Multiple counts for each property, are exhibited or available.

20     Plaintiff, pro se, prays for leave of court, if required, to reserve the right to produce supplemental items/exhibits likely available through Discovery, but currently exceeding 50 pages allowed for filing.

## IV. Relief

21   Plaintiff asks the Court to award damages of up to $1,000,000 for each case/property, or as adjudicated by the Court.

22   The wrongs are continuing at the present time, as Defendants persist with foreclosure eviction proceedings of residents.

23     Recent State Court  filing: *"Notice of Hearing: Monday 22 July"*   .
(Foreclosure: US Bank NA): Skyline Ct NE–Plaintiff's residence)

23     Amounts and basis of actual damages claimed for the acts alleged:

Three houses lost; plus fourth (re-opened?) US Bank NA  .

Value of 6305 Colleen NE  87109:     $325,000

Value of 6401 Avenida La Costa 87109    $375,000

| Value of 812 Valencia NE  87109 | $300,000 |
| Value of 4504 Skyline Ct NE  87111 | $1,000,000 |
| Total values 2024: | $2,000,000 |

24    Punitive or exemplary damages requested in the amount of up to $1,000,000.  Reasons:  fraud, misrepresentation, false pretenses; and alleged ongoing malicious prosecution through wrongful 're-foreclosure'.

## V.  Certification and Closing

25    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase s the cost of litigation; (2) is supported by existing law or by a non frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support, or if specifically so identified, will likely have evidentiary support, after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

## A. For Parties Without an Attorney

26    I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 17, 2024

Signature of Plaintiff

*Alma A. Saul*

ALMA A. SAUL

# EXHIBITS LIST

## FEDERAL GUIDELINES: FORECLOSURE

A    *Standard Attorney Fees*: $2,050 "maximum allowable amount" NM.

B    *Reasonable Diligence Timeframe:* 25 months New Mexico

C    *Mortgage Accelerations:* 2012 (just before lower interest rates

## MTGLQ INVESTORS LP
### 6305 Colleen Avenue NE   87109

D,E,F  Attorney Fees: 2014-2020 $23,000+,Corporate Advance:: $21,000+

G    "Trial Modification Plan": Interest Rate 6.500%  (Original Note  6.125%)

H    "I will send the *payoff quote* as soon as I receive it"

I     Contractual Interference

## NATIONSTAR MORTGAGE LLC
### 6401 Avenida La Costa NE  87109

J,K Attorney Fees:  $10,000+  $6,000+

L    Contractual Interference

## U.S. BANK NATIONAL ASSOCIATION.
### 812 Valencia Drive NE 87108

M    Attorney Fees:  $4,000+

N,O   Contractual Interference

## U.S. BANK NATIONAL ASSOCIATION
### 4504 Skyline Court NE 87111-3039
P      D-202-CV-2023-05192 v Alma A. Saul

*"Welty"* 1987 NMSC-066" concerned *"two real estate contracts"* [

*q*

**ATTACHMENT 3**                                                        Page 1 of 3

## HUD SCHEDULE OF STANDARD ATTORNEY FEES – EFFECTIVE 1/1/2016

| State | Non-judicial Foreclosure | Judicial Foreclosure | Bankruptcy Clearance | Possessory Action | Deed-in-lieu |
|---|---|---|---|---|---|
| AK | $1,625 | | Varies[13] | $500 | $400 |
| AL | $1,325[1] | | Varies[13] | $500 | |
| AR | $1,475 | | Varies[13] | $500 | |
| AZ | $1,350 | | Varies[13] | $400 | |
| CA | $1,425[2] | | Varies[13] | $550 | |
| CO | $1,650 | | Varies[13] | $450 | |
| CT | | $2,450[3,4] | Varies[13] | $400 | $400 |
| DC | $1,200[1] | $2,250 | Varies[13] | $400 | $400 |
| DE | | $1,900 | Varies[13] | $450 | $400 |
| FL | | $2,800[11] | Varies[13] | $400 | $400 |
| GA | $1,325 | | Varies[13] | $450 | $400 |
| GU | $1,625 | | Varies[13] | $350 | $400 |
| HI | | $2,950[7] | Varies[13] | $525 | $400 |
| IA | $1,275 | $1,850 | Varies[13] | $350 | $400 |
| ID | $1,250 | | Varies[13] | $400 | $400 |
| IL | | $2,300 | Varies[13] | $400 | $400 |
| IN | | $2,050 | Varies[13] | $450 | $400 |
| KS | | $1,800 | Varies[13] | $400 | $400 |
| KY | | $2,250 | Varies[13] | $400 | $400 |
| LA | | $1,900 | Varies[13] | $500 | $400 |
| MA | $2,550 | $2,550[3] | Varies[13] | $625 | $400 |
| MD | $2,500[5] | | Varies[13] | $500 | $400 |
| ME | | $2,300 | Varies[13] | $525 | $400 |
| MI | $1,425 | | Varies[13] | $425 | $400 |
| MN | $1,450 | $1,800 | Varies[13] | $400 | $400 |
| MO | $1,375 | | Varies[13] | $450 | $400 |
| MS | $1,300[1] | | Varies[13] | $400 | $400 |
| MT | $1,250 | | Varies[13] | $400 | $400 |
| NC | $1,575 | | Varies[13] | $400 | $400 |
| ND | | $1,800 | Varies[13] | $350 | $400 |
| NE | $1,250 | $1,950 | Varies[13] | $350 | $400 |
| NH | $1,450 | | Varies[13] | $425 | $400 |
| NJ | | $2,975 | Varies[13] | $500 | $400 |
| NM | | $2,050 | Varies[13] | $400 | $400 |
| NV | $1,525 | | Varies[13] | $650 | $400 |
| NY | $,1225[9] | $2,900[3,9] | Varies[13] | $725 | $400 |
| OH | | $2,250 | Varies[13] | $600 | $400 |
| OK | | $2,000 | Varies[13] | $350 | $400 |
| OR | $1,425 | $2,600 | Varies[13] | $400 | $400 |
| PA | | $2,350 | Varies[13] | $450 | $400 |
| PR | | $2,050[3,10] | Varies[13] | $300 | $400 |
| RI | $1,725 | | Varies[13] | $525 | $400 |
| SC | | $2,200 | Varies[13] | $450 | $400 |

*[handwritten:]* New Mexico $2,050 MAXIMUM ALLOWABLE "ATTORNEY FEES"/ MAXIMUM ALLOWABLE

**ATTACHMENT 1**

EXHIBIT **B**

Page 2 of 2

| State Code | State | Typical Type of HUD Security Instrument | Normal Method of Foreclosure | Initiate Foreclosure | Reasonable Diligence Timeframe (in months) |
|---|---|---|---|---|---|
| 27 | Minnesota | Mortgage Deed | Non-Judicial | Publication | 10 |
| 28 | Mississippi | Deed of Trust | Non-Judicial | Publication | 9 |
| 29 | Missouri | Deed of Trust | Non-Judicial | Publication | 5 |
| 31 | Montana | Trust Indenture | Non-Judicial | Recording of Notice of Sale | 9 |
| 32 | Nebraska | Mortgage | Judicial | Petition | 8 |
| | | Deed of Trust | Non-Judicial | Publication of Notice of Sale | 8 |
| 33 | Nevada | Deed of Trust | Non-Judicial | Recording of Notice of Default | 24 |
| 34 | New Hampshire | Mortgage | Non-Judicial | Publication | 11 |
| 35 | New Jersey | Mortgage | Judicial | Complaint | 19 |
| 36 | New Mexico | Mortgage | Judicial | Complaint | 25 |
| 37 | New York City | Mortgage | Judicial | Complaint | 27 |
| | New York | Mortgage | Judicial | Complaint | 21 |
| 38 | North Carolina | Deed of Trust | Non-Judicial | Notice of Hearing | 9 |
| 40 | North Dakota | Mortgage | Judicial | Complaint | 15 |
| 41 | Ohio | Mortgage Deed | Judicial | Complaint | 13 |
| 42 | Oklahoma | Mortgage | Judicial | Petition | 14 |
| 43 | Oregon | Deed of Trust | Non-Judicial | Recording of Notice of Default | 30 |
| 44 | Pennsylvania | Mortgage | Judicial | Complaint | 21 |
| 50 | Puerto Rico | Mortgage | Judicial | Complaint | 21 |
| 45 | Rhode Island | Mortgage | Non-Judicial | Publication | 22 |
| 46 | South Carolina | Mortgage | Judicial | Complaint | 14 |
| 47 | South Dakota | Mortgage | Judicial | Complaint | 14 |
| | | Deed of Trust | Non-Judicial | Publication of Notice of Sale | 9 |
| 48 | Tennessee | Deed of Trust | Non-Judicial | Publication | 6 |
| 49 | Texas | Deed of Trust | Non-Judicial | Posting and Filing of the Notice of Sale | 8 |
| 52 | Utah | Mortgage | Judicial | Complaint | 12 |
| | | Deed of Trust | Non-Judicial | Recording of Notice of Default | 12 |
| 53 | Vermont | Mortgage | Judicial | Complaint | 24 |
| 54 | Virginia | Deed of Trust | Non-Judicial | Publication | 7 |
| 82 | Virgin Islands | Mortgage | Judicial | Complaint | 15 |
| 56 | Washington | Deed of Trust | Non-Judicial | Recording of Notice of Trustee's Sale | 18 |
| 57 | West Virginia | Deed of Trust | Non-Judicial | Publication | 7 |
| 58 | Wisconsin | Mortgage | Judicial | Complaint | 12 |
| 59 | Wyoming | Mortgage | Non-Judicial | Publication | 7 |

 

New Mexico 25 Months "Reasonable Diligence"

EXHIBIT
C
tabbies



**Mortgage Rates: 2000 to 2012**
30 & 15 Year Fixed, 1 & 5 Year ARMs

Notes:

In 2012, all three of Plaintiff's mortgages were accelerated.

In 2012, Mortgage Interest rates ranged from 3% to 4% – about 2% to 3% lower than the original 2003 mortgages, (all of which exceeded 6%).

However, Defendant effectively prevented Plaintiff from refinancing or selling at these now lower 4% rates, unless Plaintiffs paid Defendant's inflated payoff figures.

EXHIBIT

D

| Date | Prof | Narrative | | | |
|------|------|-----------|---|---|---|
| 6/3/2014 | Paralegal | Process and review all Filed Pleadings, Review of Court Docket, review Title Search, review for conflicting cases | | | |
| 6/4/2014 | Paralegal | Transfer Foreclosure Referral received, File Opened, preparation of Referral, review of Mobile Home Search | 0.5 | $105.00 | $52.50 |
| 6/4/2014 | Paralegal | Review of file for SCRA eligibility, review of Pacer, review of Death Search, Process filed Pleadings in file | 0.3 | $105.00 | $31.50 |
| 6/4/2014 | Flat Fee | Transfer audit (Flat Fee) | 1 | $300.00 | $300.00 |
| 6/8/2014 | Attorney | Review of file for transfer and Preparation of Litigation plan | 0.1 | $215.00 | $21.50 |
| 6/10/2014 | Paralegal | Review of transfer file | 0.2 | $105.00 | $21.00 |
| 6/10/2014 | Paralegal | Preparation of Motion and Order for Withdrawal and for Substitution of Counsel | 0.2 | $105.00 | $21.00 |
| 6/10/2014 | Paralegal | Confirmed upload of scra and pacer | 0.1 | $105.00 | $10.50 |
| 6/10/2014 | Paralegal | Correspondence to Client regarding ▮▮▮▮▮▮▮▮ update file regarding filed pleadings, review of district court docket, update e-filing service contacts, organize file and preparation of notes for file | 0.5 | $105.00 | $52.50 |
| 6/12/2014 | Paralegal | Correspondence with Client regarding ▮▮▮▮▮ | 0.1 | $105.00 | $10.50 |
| 6/17/2014 | Paralegal | Review of Transfer File Review of complaint drafted by previous counsel Review of Client correspondence regarding ▮▮▮▮▮ | 1.5 | $105.00 | $157.50 |
| 6/20/2014 | Paralegal | Review of Client site for current Judgment figures | 0.1 | $105.00 | $10.50 |
| 6/21/2014 | Attorney | Motion and Order for Withdrawal and for Substitution of Counsel | 0.1 | $215.00 | $21.50 |
| 6/23/2014 | Paralegal | Communication with Opposing counsel regarding the Motion and Order to Substitute Counsel | 0.2 | $105.00 | $21.00 |
| 6/24/2014 | Paralegal | Review of file for service documents and service completion accuracy for transfer file | 0.6 | $105.00 | $63.00 |
| 6/24/2014 | Paralegal | Communication with Client regarding ▮▮▮▮▮ | 0.1 | $105.00 | $10.50 |
| 6/29/2014 | Paralegal | Review of transfer file for Judgment and update Client website | 0.3 | $105.00 | $31.50 |
| 6/30/2014 | Paralegal | Follow up on Service, Case Summary chart | 0.1 | $105.00 | $10.50 |
| 7/12/2014 | Paralegal | Review of the file for transfer audit | 0.3 | $105.00 | $31.50 |

Exhibit G

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/3/2020 | Paralegal | Served Response to Defendant's Motion for Continuance to Defendant, review of endorsed Response to Defendants Motion/Request for Sanctions Against Plaintiff for 'False or Unverified Statements'. | 0.45 | | |
| 1/3/2020 | Paralegal | Began preparation of Responses to Discovery Requests for Production. | 1.15 | $105.00 | $120.75 |

**TOTAL**

Rates for Attorney/Law Clerk/Paralegals:
$215/$125/$105

172     $23,351.75

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/14/2015 | Paralegal | Preparation of correspondence to the Client | 0.1 | $105.00 | $10.50 |
| 12/29/2015 | Paralegal | Correspondence with the client | 0.5 | $105.00 | $52.50 |
| 1/12/2016 | Attorney | | 0.2 | $215.00 | $24.50 |
| 1/23/2016 | Attorney | Motion for Summary Judgment: Examination of original note and Preparation of correspondence to Client regarding | 0.5 | $215.00 | $107.50 |
| 1/25/2016 | Paralegal | Prepared Request and Notice of Scheduling Conference | 0.4 | $105.00 | $42.00 |
| 1/27/2016 | Attorney | Scheduling Conference: Examination of Request and Notice of Scheduling Conference | 0.1 | $215.00 | $21.50 |
| 1/27/2016 | Paralegal | Finalized Request and Notice of Scheduling Conference | 0.2 | $105.00 | $21.00 |
| 1/29/2016 | Paralegal | Submit Request for Scheduling Conference for filing Review of SCRA/PACER eligibility | 0.3 | $105.00 | $31.50 |
| 2/3/2016 | Paralegal | Process in filed Request for Scheduling Conference, submit Notice of Scheduling Conference to Judge, Review of SCRA/PACER eligibility | -0.3 | -$105.00 | -$33.50 |
| 1/6/2016 | Attorney | Evaluation of file | | $215.00 | $215.00 |
| 1/6/2016 | Paralegal | Review of file for scheduling conference | 0.3 | $105.00 | $31.50 |
| 1/18/2016 | Paralegal | Process in filed Notice of Scheduling Conference | 0.1 | $105.00 | $10.50 |
| 1/23/2016 | Attorney | Review of Correspondence from Client | 0.1 | $215.00 | $21.50 |
| 1/14/2016 | Paralegal | Requested fees for the Affidavit of Real Party in Interest | 0.1 | $105.00 | $10.50 |
| 2/4/2016 | Paralegal | Review of state corporation website for information regarding source on baptist fund company | 0.1 | $105.00 | $10.50 |
| 2/4/2016 | Paralegal | Preparation of Pleadings, Exhibits, and relevant documentation for Hearing on 3.19.16 | 1.2 | $105.00 | $126.00 |
| 2/10/2016 | Paralegal | Preparation for and attendance at Hearing for Scheduling Conference | 0.1 | $105.00 | $10.50 |
| 2/19/2016 | Attorney | | 1.2 | $215.00 | $258.00 |
| 2/2/2016 | Paralegal | Review of file for Discovery deadlines | 0.1 | $105.00 | $10.50 |
| 2/2016 | Paralegal | Process in filed Scheduling Order, calendar scheduling Order deadlines | 0.9 | $105.00 | $94.50 |
| 2/2016 | Attorney | Review of Correspondence from Client regarding | 0.2 | $215.00 | $43.00 |
| 2/2016 | Paralegal | Correspondence to accounting to follow up on the fee approval for the Affidavit of Real Party in Interest | 0.1 | $105.00 | $10.50 |

Exhibit G

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/26/2016 | Paralegal | Review of file and respond to Client with Attorney adjustment on | 0.5 | $105.00 | -$52.50 |
| 4/26/2016 | Paralegal | Submit Plaintiff's List of Proposed Fact Witnesses for filing, Review of SCRA/PACER eligibility | 0.3 | $105.00 | $31.50 |
| 4/29/2016 | Paralegal | Preparation of correspondence to Client regarding | 0.3 | $105.00 | $31.50 |
| 4/29/2016 | Paralegal | Set filing Docket for Plaintiff s List of Proposed Fact Witnesses | 0.1 | $105.00 | $10.50 |
| 4/29/2016 | Attorney | Review of Plaintiff's List of Proposed Fact Witnesses | 0.2 | $215.00 | $43.00 |
| 5/3/2016 | Paralegal | Process in filed Plaintiff's List of Proposed Fact Witnesses | 0.1 | $105.00 | $10.50 |
| 5/12/2016 | Attorney | Review of file, Correspondence to Client regarding, Correspondence with Opposing Counsel | 0.4 | $215.00 | $86.00 |
| 5/14/2016 | Paralegal | Preparation of correspondence to Client and to Opposing counsel | 0.4 | $105.00 | $42.00 |
| 5/16/2016 | Paralegal | Preparation of documents received from client | 0.3 | $105.00 | $31.50 |
| 5/24/2016 | Paralegal | Received loss mitigation package from Opposing counsel | 0.1 | $105.00 | $10.50 |
| 5/24/2016 | Attorney | Review of loss Mitigation Correspondence and history for Litigation, Correspondence and | 0.4 | $215.00 | $86.00 |
| 5/27/2016 | Paralegal | Reviewing file for correspondence from Client with | 0.6 | $105.00 | $63.00 |
| 6/1/2016 | Attorney | Review of Loan Modification application from Opposing Counsel | 0.2 | $215.00 | $43.00 |
| 6/3/2016 | Paralegal | Preparation of correspondence to Client with | 0.3 | $105.00 | $31.50 |
| 6/6/2016 | Paralegal | Processed in Certificate of Service, updated last filed pleading date in file general tab | 0.1 | $105.00 | $10.50 |
| 6/16/2016 | Paralegal | Preparation of correspondence to Client with | 0.1 | $105.00 | $13.50 |
| 6/24/2016 | Paralegal | | 0.1 | $105.00 | $10.50 |
| 6/30/2016 | Paralegal | Processed in Loss Mitigation documents from Opposing counsel sent documents to Client for review | 0.6 | $105.00 | $63.00 |
| 7/15/2016 | Paralegal | Correspondence to Paralegal regarding follow up with Client on loss mitigation review and update Client | 0.1 | $105.00 | $10.50 |
| 7/15/2016 | Paralegal | Sent correspondence to client | 0.1 | $105.00 | $10.50 |
| 7/20/2016 | Paralegal | review of file preparation of correspondence to Opposing counsel with new 4506T | 0.6 | $105.00 | $63.00 |
| 7/22/2016 | Paralegal | Review status of contested file and 4506T form from Opposing Counsel | 0.1 | $105.00 | $10.50 |

Exhibit G

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/2016 | Paralegal | Processed in loss mitigation documents from Opposing counsel sent correspondence to Client with | 0.2 | $105.00 | $21.00 |
| 2016 | Paralegal | | 0.1 | $105.00 | $10.50 |
| 2016 | Paralegal | Review of file in preparation of correspondence Client | 0.2 | $105.00 | $21.00 |

| Date | Role | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/3/2016 | Attorney | Affidavit of Real Party in Interest; Review of Affidavit of Real Party in Interest | 0.4 | $215.00 | $86.00 |
| 11/9/2016 | Paralegal | Review of file for new spreadsheet | 0.1 | $105.00 | $10.50 |
| 11/15/2016 | Paralegal | Review of file for status of Judgment figures request | 0.2 | $105.00 | $21.00 |
| 11/16/2016 | Paralegal | Preparation of Affidavit and Verification of Debt and Plaintiff's Certification of Loss Mitigation | 0.4 | $105.00 | $42.00 |

Case 1:24-cv-00362  Document 1  Filed 04/15/2024  Page 14 of 26

FINANCE

02/25/20

Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759

EXHIBIT
F

TO:
ALMA A SAUL
6305 COLLEEN AVE NE
ALBUQUERQUE          NM 87109

RE:
ALMA A SAUL
6305 COLLEEN AVE NE
ALBUQUERQUE          NM 87109

Property Address:
6305   COLLEEN AVE NE
ALBUQUERQUE     NM 87109

Loan No:        0010213858
Loan Type:      CONVENTIONAL

---

| ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW |
|---|

These figures are due through 03/09/20 and the loan is due for the 09/01/12 payment.

| | | |
|---|---|---|
| The current total unpaid Principal Balance is: | $ | 80,145.95 |
| Deferred Balance: | $ | 0.00 |
| Interest Due: | $ | 33,389.77 |
| Escrow/Impound: | $ | 15,906.66 |
| Unpaid Late Charges: | $ | 569.34 |
| Payoff Quote Fee: | $ | 0.00 |
| Recording Fee: | $ | 25.00 |
| Corporate Advance (s) Balance: | $ | 21,615.96 |
| Prepayment Penalty: | $ | 0.00 |
| Pro Rate MIP: | $ | 0.00 |
| Unapplied Balance (-): | $ | 0.00 |
| TOTAL AMOUNT TO PAY LOAN IN FULL: | $ | 151,652.68* |

Funds received on or after 03/09/20 will require an additional $10.34 of interest per day.

If you have an active Principal Reduction Agreement and have met the requirements
for forgiveness, the above deferred balance is not included in the total, but listed to reflect the remaining
forgiveness amount.

*Pro-Rated MIP Funds are not included in the total payoff amount when there is a positive escrow
balance. They will be deducted from any potential escrow refund after payoff funds are applied.

000008-005700-000007-005700 2025755 4595LT01_2



EXHIBIT

G

## TRIAL MODIFICATION PLAN

Mortgagor agrees to make payments in the amounts shown above on or before the date specified f
be applied as specified herein.

If Mortgagor makes each of the payments as set forth in this Agreement and complies with all terms and conditions outlined in this agreement, Selene, on behalf of the Lender, will offer a permanent modification of the Account (Final Agreement). Below are the contingent terms of the Final Agreement. Please be advised that the Final Agreement terms quoted below is for estimated purposes only. Please note that the Final Agreement monthly payment amount may differ due to changes in escrowed amounts and/or variations in your payments under this Agreement.

| | |
|---|---|
| First Modification Payment Due Date: | 06/01/2019 |
| Active/Interest Bearing Principal Balance: | $135,084.01 |
| Non-Interest Bearing Principal Balance: | $0.00 |
| Balloon Payment due at Maturity: | $0.00 |
| Principal & Interest Payment: | $1,213.50 |
| Taxes & Insurance Payment: | $202.25 |
| Total Payment: | $1,415.75 |
| Interest Rate: | 6.50000% |

## YOUR OBLIGATIONS UNDER THIS TRIAL MODIFICATION PLAN

### PAYMENTS

The first trial payment under this Agreement must be made with certified funds. This can be done by sending a money order or certified bank check to: Selene Finance, 9990 Richmond Avenue, Ste. 400 South, Houston, TX 77042, or send a Money Gram payment using code "6440". The first trial payment must be received no later than 3:00 p.m. central time on the above first payment date. It is your responsibility to maintain records evidencing delivery of any and all payments. Please include the account number as reference for posting. You must make the monthly payments on or prior to the dates stated above in the Trial Modification Plan Section. Failure to make timely payments shall constitute a default under this Agreement and the Agreement may be void, with Selene having no obligation to offer another Trial Modification Plan.

This Agreement is NOT designed to cure the default and bring the Account current. It is specifically designed to implement a short term and temporary trial plan period. During this trial plan period, Mortgagor will make the payments shown above, which will be applied in accordance with the schedule outlined above.

If Mortgagor makes each of the payments as set forth in this Agreement and, if applicable, complies with all terms and conditions outlined in this agreement, Selene, on behalf of the Lienholder, will offer a permanent modification of the account and may assist the Mortgagor in refinancing the account. Mortgagor authorizes Selene to share information about the account and Mortgagor financial information with Lienholders who may offer Mortgagor(s) a new account.

IN THE EVENT THAT THE PERMANENT MODIFICATION HAS NOT BEEN RECEIVED OR EXECUTED BY THE MORTGAGOR UPON THE MORTGAGOR'S SUCCESSFUL COMPLETION OF THE AGREEMENT, THE MORTGAGOR MUST CONTINUE MAKING MONTHLY PAYMENTS IN THE AMOUNT AS AGREED UPON IN THE AGREEMENT ON OR BEFORE THE AGREED UPON MONTHLY DUE DATE, UNTIL SUCH DOCUMENTS ARE EXECUTED AND RECEIVED BY SELENE. OTHERWISE, THE PERMANENT MODIFICATION MAY BE DENIED.

"ATTORNEY FEE" CONCEALED

($23,000)

Initials: _____

CL101

NMLS #6312

6 of 12

[Quoted text hidden]

*MT FLQ*

**Alma Saul <almasaulrealtor@gmail.com>**                              Sat, Feb 15, 2020 at 7:12 PM
To: Roger Saul <rogersaul007@gmail.com>
Cc: Andrew Yarrington <Andrew.Yarrington@roselbrand.com>

Thank you. Confirming request.

Alma

[Quoted text hidden]



---

**Roger Saul <rogersaul007@gmail.com>**                              Sun, Feb 16, 2020 at 11:17 AM
To: Alma Saul <almasaulrealtor@gmail.com>
Cc: Andrew Yarrington <Andrew.Yarrington@roselbrand.com>

$ = ?

Roger Saul

4504 Skyline Ct NE
Albuquerque
New Mexico 87111-3039

505-275-9713

rogersaul007@gmail.com

[Quoted text hidden]

*3-17-20*

---

**Andrew Yarrington <Andrew.Yarrington@roselbrand.com>**       Mon, Feb 17, 2020 at 11:27 AM
To: Alma Saul <almasaulrealtor@gmail.com>, Roger Saul <rogersaul007@gmail.com>
Cc: "Kevyn L. Tompkins de Garcia" <Kevyn.TompkinsdeGarcia@roselbrand.com>

Good morning - I appreciate the confirmation, I will send the payoff quote as soon as I receive it.

Thank you,

*Pay off quote delayed? denied?*

Andrew P. Yarrington

Senior Litigation Attorney

Rose L. Brand & Associates, P.C.

7430 Washington Street NE

Albuquerque, NM 87109



NOTICE:

**This property has been determined to be vacant,/abandoned. This has been reported to the mortgage servicer. The mortgage servicer intends to protect this property from waste and/or deterioration. This property may have its locks replaced and/or plumbing systems winterized in the next few days.**

**If this property is NOT VACANT and ABANDONDONED, please call MCS immediately at (888) 488-5788.**



EXHIBIT

3.      The allegations of the Complaint are sustained by the evide[nce] adopted as findings of fact, and the Court concludes as a matter of law that [...] to the relief demanded in the Complaint.

[...] Defendant Occupants of the Property have been dismissed from the above captioned action.

5.      Defendants Alma A. Saul and Roger Saul are in default in payment of the principal and interest on the Note and Mortgage described in Plaintiff's Complaint, and there is due and owing with regard to the Mortgage debt the following:

| | |
|---|---|
| Unpaid Principle Balance | $117,034.05 |
| Interest from 6/1/2011 to 4/27/2022 at 6.375% | $81,357.66 |
| Escrow Balance<br>*Hazard Insurance Advances $4,681.48*<br>*Tax Advances $25,698.76* | $30,380.2[ ] |
| Property Inspection Fees | $1,355.0[ ] |
| Tax Lien | $24.9[ ] |
| BPO | $90.0[ ] |
| Attorney Costs | $1,239.4[ ] |
| Attorney Fees, including gross receipts tax | $10,809.3[ ] |
| Total | $242,290.6[ ] |

The attorney fees allowed above are reasonable; the total amount of judgment should be $242,290.68, as of April 27, 2022 plus interest thereafter at the rate of 6.375% per year, until the property is sold pursuant to this judgment. The judgment amount is a first and prior lien upon the following described real property:

LOT NUMBERED TWENTY-SIX (26) IN BLOCK NUMBERED TWENTY-THREE (23) OF ACADEMY ACRES UNIT NO. 3, A SUBDIVISION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME APPEARS ON THE PLAT THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, ON MAY 23, 1972.

which Property is more commonly described as 6401 Avenida La Costa, Albuquerque, NM

2

NM-13-697478-JUD



the relief demanded in the Complaint.

4.    Defendant Occupants of the Property have been dis[...] captioned action.

5.    Defendants Alma A. Saul and Roger Saul are in default in payment of the principal and interest on the Note and Mortgage described in Plaintiff's Complaint, and there is due and owing with regard to the Mortgage debt the following:

| | |
|---|---|
| Unpaid Principle Balance | $117,034.05 |
| Interest from 6/1/2011 to 10/11/2018 at 6.375% | $54,917.53 |
| Escrow Balance<br>*Hazard Insurance Advances $3,037.48*<br>*Tax Advances $15,121.62* | $18,159.10 |
| Property Inspection Fees | $1,320.13 |
| Tax Lien | $24.94 |
| BPO | $90.00 |
| Attorney Costs | $720.21 |
| Attorney Fees, including gross receipts tax | $6,915.34 |
| Total | $199,181.30 |

The attorney fees allowed above are reasonable; the total amount of judgment should be $199,181.30, as of October 11, 2018 plus interest thereafter at the rate of 6.375% per year, until the property is sold pursuant to this judgment. The judgment amount is a first and prior lien upon the following described real property:

> LOT NUMBERED TWENTY-SIX (26) IN BLOCK NUMBERED TWENTY-THREE (23) OF ACADEMY ACRES UNIT NO. 3, A SUBDIVISION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME APPEARS ON THE PLAT THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO, ON MAY 23, 1972.

which Property is more commonly described as 6401 Avenida La Costa, Albuquerque, NM 87109.

6.    The lien of the Plaintiff's real estate Mortgage is a valid first and prior lien

NM-15-697478-JUD

jap.126@hotmail.com

NATIONS

**EXHIBIT**

**L**

### Mail

Compose

Inbox

Chat    Starred

Snoozed

Important

Sent

Drafts

All Mail

Categories

Social

Updates

Forums

Promotions

More

**james Parks**

They already came and gave us a few hours to leave. The lock were ch... 14th of June

Get Outlook for Android

From: Roger Saul <...>
Sent: Friday, July 7, 2023 9:00:41 AM
To: james Parks <jap.126@hotmail.com>; Roger "SeeBallHitBall" Saul <rogersaul007@gmail.com>
Subject: 6401 av enida la Costa ne

[Message clipped] View entire message

---

4/11/24, 11:12 AM

6401 av enida la Costa ne - rogersaul007@gmail.com - Gmail

jap.126@hotmail.com

### Mail

Compose

Inbox

Chat    Starred

Snoozed

Nest    Important

Sent

Drafts

All Mail

Categories

Social

Updates

Forums

Promotions

More

**Roger Saul**

**James Parks**

BCS dept and auction company

Get Outlook for Android

From: Roger Saul <rogersaul007@gmail.com>
Sent: Friday, July 7, 2023 10:02:42 AM
To: james Parks <jap.126@hotmail.com>
Subject: Re: 6401 av enida la Costa ne

When are you evicting?    Thank you for the information    Ok, thanks.



EXHIBIT

4.    Payment of principal and interest on the Note described i[...]

are in default and there is due and owing on the Note the following amo[...]

| | |
|---|---|
| Principal Balance | $133,342.95 |
| Interest (from 6/1/2018 through 3/31/22 at a rate of 4.00%) | $20,439.99 |
| Escrow<br>- Hazard Insurance $1,770.00<br>- Taxes $6,100.51 | $7,870.51 |
| Late Charges | $782.32 |
| Corporate Advances (property inspections) | $676.70 |
| Suspense Balance | ($52.29) |
| Attorney Fees | $4310.00 |
| Attorney Costs | $622.79 |
| Total Amount | $167,992.95 |

The attorney fees allowed above are reasonable; the total amount of judgment should be

$167,992.95, as of March 31, 2022, plus interest thereafter at the rate of 4.0% per year, until the

property is sold pursuant to this judgment. The judgment amount is a first and prior lien upon the

following described real property:

LOT NUMBERED FOUR (4) IN BLOCK NUMBERED SEVEN (7) OF TIJERAE PARK ADDITION, AN ADDITION TO THE CITY OF ALBUQUERQUE, NEW MEXICO, AS THE SAME IS SHOWN AND DESIGNATED ON THE PLAT THEREOF, FILED IN THE OFFICE OF THE COUNTY CLERK OF BERNALILLO COUNTY, NEW MEXICO ON AUGUST 9, 1949 IN PLAT BOOK C, PAGE 158. SUBJECT TO PATENT RESERVATIONS, RESTRICTIONS AND EASEMENTS OF RECORD AND TO TAXES FOR THE YEAR 2000 AND YEARS THEREAFTER,

which Property is more commonly described as 812 Valencia Dr Ne, Albuquerque, NM 87108.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

A.    Plaintiff's Motion for Summary Judgment in its favor and against

Defendants Roger Saul and Alma Saul, and Plaintiff's Motion for Default Judgment

against Defendant First Financial Bank, N.A. are granted.

2

47961205



Attention:

Memo of Events at:
812 Valencia Dr NE
Albuquerque, New Mexico.
87108

EXHIBIT
N

To: Whom it may concern,

As the residents that signed a lease at the above address on March 4, 2019, we are writing to inform you of interactions that we have experienced with a representative named Ken from the Rushmore Mortgage company. At certain points, when the Rushmore Mortgage Company representative came around, these interactions became intrusive, intimidating, and even bordered on threatening. The very first interaction that we had with the representative, was when he waylaid my daughter and me at our front door at a time when my husband wasn't home. He instantly asked us questions such as "Who are you, what are you doing there, and when did you move in" all without ever introducing himself to us. From our perspective he was a complete stranger getting a little too close to our personal space, demanding answers of two women who were outside, with my special needs sons inside. It was abrupt, more than a little intimidating, and instantly had us on guard.

Since then we have seen the very same representative popping up every now and than on the property, looking around, talking on his cell phone and using his cell phone to take pictures of the property. It was the very last interaction that we have had with this very same representative that was more than a little concerning. It was July 2021, at 8:55 a.m. I had my front door propped open so that I could enjoy the bright sunlight and fresh morning air. I was sitting at my kitchen table when I saw movement at my front door. I recognized the Rushmore Mortgage Company representative, saw him as he was looking around at and taking pictures of the work that we had done on our front porch. However, I soon became stunned speechless when he than moved his phone up flush against my screen door and quickly started to take pictures of the inside of our living room. Alarmed, I quickly stood up but immediately became shocked when he than lowered his phone and reached for my screen door handle and tried to pull open my screen

**EXHIBIT**

door to let himself inside my home. Thankfully, my screen locked.

When I loudly barked out, "What do you think you're doing?" He dropped his hand from my screen door and informed me "I'm from Rushmore Mortgage Company." As if this gave him every right to come inside my home without calling out to announce himself and completely uninvited. When I asked him, "Can I help you?" He responded that he was there to check out the property for the Rushmore Mortgage Company, he then looked down at the porch tile he was standing on and mentioned how impressed he was with all the renovation work that we have done to the front yard and porch. I thanked him and asked him for his name and that's when I learned, for the very first time, that his name was Ken. He put his hand back up on my screen door handle and informed me that he needed access to the back yard, that he needed to get back there to check it out for the Mortgage Company. Being polite I refused him access and told him that I would let the owner, Roger, know that he had stopped by and to get into contact with the Mortgage Company. He said, "Okay" as he let go of my screen door handle, than he said. "It's my job to keep tabs on the property for the Mortgage Company. So, I'll come back around another time." than he left. I watched him as he walk down the pathway of my yard, cross the street, get into a small red SUV, and than drive away.

I haven't seen the representative from the Mortgage Company since this interaction. I don't know if, when, or how many times he's stopped by since that last incident, to take pictures again. Or IF he's ever made it into the back yard. I *DO* know that I *NOW* have to be aware that there might be people that I do *NOT* know at any given time, during the day, showing up unannounced upon this property to intrusively "look around" and take pictures for the Rushmore Mortgage Company.

Name: _Megan R. Roberts_ Date: 2/3/2022

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
2/28/2024 2:48 PM
KATINA WATSON
CLERK OF THE COURT
Patricia Serna

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

No. D-202-CV-2023-05192

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY BUT SOLELY AS TRUSTEE OF NRZ INVENTORY
TRUST,



   Plaintiff,

vs.

ALMA A SAUL, WORLDWIDE CHRISTIAN AID, INC., FIRST
HORIZON HOME LOAN CORPORATION, AND FIRST FINANCIAL
BANK, N.A.,

   Defendants.

## MOTION FOR *IN REM* SUMMARY JUDGMENT, DEFAULT FORECLOSURE JUDGMENT, DISMISSAL OF COUNTERCLAIMS, AND ORDER FOR FORECLOSURE SALE

COMES NOW Plaintiff, U.S. Bank National Association, not in its individual capacity but solely as Trustee of NRZ Inventory Trust (hereinafter "Plaintiff"), appearing by and through its attorneys, Rose Ramirez & Associates, P.C. (Eraina M. Edwards), and pursuant to Rule 1-056 NMRA, moves the Court for *In Rem* Summary Judgment and for Dismissal of Counterclaims against Defendant Alma A Saul, Default Foreclosure Judgment as to the Defendants Worldwide Christian Aid, Inc., First Horizon Home Loan Corporation and First Financial Bank, N.A., in the above entitled cause of action.

As grounds for the Default Foreclosure Judgment, Plaintiff states that the Defendants, Worldwide Christian Aid, Inc., First Horizon Home Loan Corporation and First Financial Bank, N.A., were notified of suit filed against them by service of process, as more fully set forth on the return of service, Affidavit of Mailing, etc. filed herein. Defendants, Worldwide Christian Aid, Inc., First Horizon Home Loan Corporation and First Financial Bank, N.A. have not filed an

defraud, or for obtaining money or property, by raudulent

pretenses, representations, or promises.

6      "The original Default occurred on July 1, 2009.  A foreclosure case filed on December 23, 2016 in case number D-202-CV-2016-08006 was dismissed on October 30, 2017."

7      Defendant is currently proceeding with false pretenses toward a post-dismissal foreclosure and sale of property.

Exhibit 1

8      Defendant falsely represents:

9      "Plaintiff [U.S. Bank] decelerated the loan, and advanced the due date to July 1, 2017. As such, the advanced loan is enforceable as 1987 Welty provides that each missed installment contract payment creates a new cause of action" 1987 NMSC-066

10     (Welty does not refer to a mortgage, but to two real estate contracts).

11     "...the statute of limitations should be calculated from the date when Plaintiff exercised its option to accelerate the entire amount due on the Note and Mortgage which was the affirmative action of filing the prior complaint..This is clearly the correct view, since the First Foreclosure Lawsuit necessarily sought the entire amount due, not merely the handful of payments homeowners had missed at that time.  Moreover, having argued that it accelerated the note when it filed the First Foreclosure Lawsuit, the Bank may not now claim otherwise.  State v Hans, 1995-NMCAA$@m.120m N.M. 38, 35-46

12     Plaintiff falsely represented by email that "...it seems this one is going to be sitting in front of the appellate court for a while. If you want to send me a settlement demand to see if we can work this one out while we wait, I will be happy to pass that along to my client for review"

Exhibit 2

13     "...she Defendant Alma Saul] is requesting damages based on malicious prosecution. Defendant never filed a counterclaim below.  We therefore do not need to consider the malicious prosecution claim in this October 27, 2021 appeal.  We affirm the district court's order denying Plaintiff's second motion for reconsideration." A-1-CA-8982 October 27, 2021. Megan P. Duffy, Judge [concurrence: Kristina Bogardus, Judge; Jacqueline R. Medina, Judge.

14     Plaintiffs relied on Defendants' representations.

Exhibit 3

Roger Saul
4504 Skyline Ct NE
Albuquerque
New Mexico 87111-3039

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 20 2024

MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
District of New Mexico
333 Lomas Plm NW
NM 87102

CERTIFIED MAIL

9589 0710 5270 0783 5382 23

